IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOE TORRES, JR., ) <br> ) <br> Defendant. ) | No. CR 10-00287 JF <br><br> [PROPOSED] ORDER CONTINUING JOE TORRES'S SENTENCING HEARING TO SEPTEMBER 30, 2010 |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from August 5, 2010, to September 30, 2010, at 9:00 a.m.

Dated: July 20, 2010

_____
HON. JEREMY FOGEL
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 10-00287 JF                                    1