IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00287 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING JOE |
| v. | ) | TORRES'S SENTENCING HEARING TO |
| | ) | OCTOBER 21, 2010 |
| | ) | |
| JOE TORRES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from September 30, 2010, to October 21, 2010 at 9:00 a.m.

Dated: September 23, 2010

_____
HON. JEREMY FOGEL
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 10-00287 JF                    1